IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL E. McKINZY, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-CV-0452-W-DGK |
| | ) | |
| NORFOLK SOUTHERN RAILROAD, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER GRANTING DEFENDANT $7,990 IN ATTORNEYS' FEES**

On October 25, 2010, the Court granted Defendant's request for attorneys' fees and ordered Defendant to supply the Court with additional documentation supporting its request. Pending before the Court is Defendant's Memorandum Regarding Attorney Fees (doc. 19). Plaintiff has not filed any objection to the award.

The Court has carefully reviewed Defendant's memorandum and finds the requested amount, $7,990.00, reasonable and appropriate. Accordingly, the Court ORDERS Plaintiff Michael E. McKinzy, Sr., to pay Defendant Norfolk Southern Railroad $7,990.

**IT IS SO ORDERED.**

Date:  February 11, 2011            /s/ Greg Kays
                                    GREG KAYS, JUDGE
                                    UNITED STATES DISTRICT COURT